IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

POLYKON MANUFACTURING LLC,
    Plaintiff,

v.                                      Civil No. 3:23cv751 (DJN)

GEA PROCESS ENGINEERING INC.,
    Defendant.

**ORDER**
**(Acknowledging Stipulation of Dismissal With Prejudice)**

This matter comes before the Court on Plaintiff's Stipulation of Dismissal with Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).[1] (ECF No. 25.) The Court hereby acknowledges this voluntary dismissal, with prejudice and with each party to pay its own costs and attorneys' fees,[2] and DIRECTS the Clerk's Office to close the case.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                             /s/
                                           David J. Novak
                                           United States District Judge

Richmond, Virginia
Dated: May 28, 2024

---

[1] Rule 41(a)(1)(A)(ii) provides that "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Here, counsel for all parties have signed the stipulation. (ECF No. 25.)

[2] "Pursuant to *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375 (1994), this Stipulation of Dismissal explicitly reserves in this Court jurisdiction to enforce the terms of the Parties' Settlement Agreement." (*Id.* at 1.)